UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-81170-CV-MIDDLEBROOKS

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

BENJAMIN BALLOUT,
MOHAMED ZAYED, and
WILLIAM FIELDING,

    Defendants,
_____/

### ORDER GRANTING JUDGMENT AGAINST DEFENDANT FIELDING

THIS CAUSE comes before the Court upon Plaintiff's Agreed Motion for Entry of Final Judgment as to Defendant William Fielding, filed on September 23, 2024. (DE 4). The Motion in unopposed. I find the Parties' executed consent (DE 4-2) to be valid, and will enter the proposed Judgment in a separate order. (DE 4-3).

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff Securities and Exchange Commission's Unopposed Motion for Entry of Judgment Against Defendant Wells Real Estate Investment, LLC (DE 4) is **GRANTED**.

**SIGNED** in Chambers at West Palm Beach, Florida, this 19 day of November, 2024.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT COURT

CC: Counsel of Record