# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 26, 2025

FILED BY _____ AP _____ D.C.

Sep 26, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 25-12344-G
Case Style: Securities and Exchange Commission v. Benjamin Ballout, et al
District Court Docket No: 9:24-cv-81170-DMM

The enclosed copy of the Clerk's Order of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-2 Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 25-12344-G

_____

SECURITIES AND EXCHANGE COMMISSION,

          Plaintiff - Appellee,

versus

BENJAMIN BALLOUT,
WILLIAM FIELDING,
MOHAMED ZAYED,

          Defendants - Appellants.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ORDER: Pursuant to the 11th Cir. R. 42-1(b), this appeal (only as to William Fielding)*** is hereby DISMISSED for want of prosecution because the appellant William Fielding failed to comply with the order of this court within the time fixed by the rules.

Effective September 26, 2025.

                  DAVID J. SMITH
        Clerk of Court of the United States Court
          of Appeals for the Eleventh Circuit

                              FOR THE COURT - BY DIRECTION